FILED

2019 SEP 13 P 3: 34

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

April 2018 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>DENNIS WALLACE HAGGERTY,<br><br>        Defendant. | Case No. **19CR3633BTM**<br><br>I N D I C T M E N T<br><br>Title 18, U.S.C., Sec. 922(g)(1) – Felon in Possession of a Firearm and Ammunition; Title 18, U.S.C., Sec. 924(d)(1), and Title 28, U.S.C., Sec. 2461(c) – Criminal Forfeiture |

The grand jury charges:

Count 1

On or about May 23, 2019, within the Southern District of California, defendant DENNIS WALLACE HAGGERTY, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm that traveled in and affected interstate commerce, to wit: a Hi-Point C9, 9mm semi-automatic pistol bearing serial number P10025737; in violation of Title 18, United States Code, Section 922(g)(1).

//
//
//

BJK:nlv:San Diego
9/12/19

Count 2

On or about May 23, 2019, within the Southern District of California, defendant DENNIS HAGGERTY, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed ammunition that traveled in and affected interstate commerce, to wit: approximately sixty-five rounds of .223 cal. ammunition; in violation of Title 18, United States Code, Section 922(g)(1).

FORFEITURE ALLEGATIONS

Upon conviction of the offense alleged in this Indictment, defendant DENNIS HAGGERTY shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d); and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to the following: a Hi-Point C9, 9mm semi-automatic pistol bearing serial number P10025737, approximately one round of 9mm ammunition, an AR-15 style firearm bearing no serial number, three high-capacity magazines, and approximately sixty-five rounds of .223 cal. ammunition.
All pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

DATED: September 13, 2019.

A TRUE BILL:

_____
Foreperson

ROBERT S. BREWER, JR.
United States Attorney

By _____
BRANDON J. KIMURA
Assistant U.S. Attorney